ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                        )
                                                   )
NanoVox, LLC                                       )   ASBCA Nos. 63776, 63777, 63778
                                                   )
Under Contract Nos. HR0011-15-C-0066              )
                    N00178-17-C-0021                )
                    W911SR-17-C-0034                )

APPEARANCE FOR THE APPELLANT:          Thomas R. Krider, Esq.
                                         Smith Currie Oles LLP
                                         Seattle, WA

APPEARANCE FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                         DCMA Chief Trial Attorney

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  November 19, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63776, 63777, 63778, Appeals of NanoVox, LLC, rendered in conformance with the Board's Charter.

Dated:  November 19, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals